JOHN GREEN, Respondent, *v.* LABAN B. FORTIER, Appellant.

(Submitted February 5, 1880; decided February 24, 1880.)

No exceptions were taken in this case on the trial, and the only question presented at General Term and here was that the verdict was against the weight of evidence.

The court states the rule as "well settled, that where the evidence upon a question of fact is conflicting, it is not the subject of review in this court, and it follows that a judgment cannot be reversed on the ground stated."

*Davis, Clinton & Davis* for appellant.

*Williams & Potter* for respondent.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.

---

STATE BANK OF RANDOLPH, Appellant, *v.* JAMES V. H. JONES, Respondent.

(Submitted February 6, 1880; decided February 24, 1880.)

*Henderson & Wentworth* for appellant.

*M. T. Jenkins* for respondent.

AGREE to affirm on opinion of court below.
All concur.
Judgment affirmed.